IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DENISE R. BAGWELL,                    )
                                      )
v.                                    )        3:05-0656
                                      )
MICHAEL J. ASTRUE, Commissioner of Social )
   Security.                          )

**O R D E R**

Before the Court is the Report and Recommendation of Magistrate Judge Bryant in which he recommends Plaintiff's Motion for Judgment on the Administrative Record be granted and the decision of the Commissioner be reversed and the cause remanded for further administrative proceedings consistent with the Report and Recommendation.

The Court has read and considered the Report and finds the same to be correct in fact and law. The Report and Recommendation is adopted by this Court. For the reasons set forth in the Report and Recommendation, the Motion for Judgment on the Administrative Record by the Plaintiff is hereby **GRANTED** and the decision of the Commissioner is **REVERSED** and the cause **REMANDED** for further administrative proceedings consistent with the Report and Recommendation.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge